IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | **4:16MJ3148** |
| vs. | | |
| PEDRO RAMUNDO LOARCA, | | **ORDER** |
| Defendant. | | |

After conferring with counsel,

IT IS ORDERED:

1)   Defendant's motion to continue the status conference, (Filing No. 12), is granted.

2)   A status conference will be held before the undersigned magistrate judge at 3:00 p.m. on January 18, 2017 in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. 30 minutes have been set aside for this hearing. Defendant, defense counsel, and counsel for the government shall be present at the conference.

3)   The court finds that the time between today's date and January 18, 2017 is excluded under the Speedy Trial Act because although counsel have been diligent, additional time is needed to adequately review this case and failing to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(A) & (B). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

January 10, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge